**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| TERESA SHEEHAN,<br>*Plaintiff-Appellant*,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the City and County of San Francisco; KIMBERLY REYNOLDS, individually, and in her capacity as police officer for the City and County of San Francisco; KATHERINE HOLDER, individually, and in her capacity as police officer for the City and County of San Francisco,<br>*Defendants-Appellees*. | No. 11-16401<br><br>D.C. No.<br>3:09-cv-03889-CRB<br><br><br>ORDER |

On Remand from the United States Supreme Court

Filed July 14, 2015

Before:  John T. Noonan, Susan P. Graber
and Raymond C. Fisher, Circuit Judges.

## ORDER

In our previous opinion, *Sheehan v. City & County of San Francisco*, 743 F.3d 1211 (9th Cir. 2014), we affirmed in part and vacated in part the judgment of the district court. In *City & County of San Francisco v. Sheehan*, 135 S. Ct. 1765 (2015), the Supreme Court reversed our judgment in part and remanded to this court for further proceedings. Under these decisions, the district court properly granted summary judgment to the defendants on Sheehan's Fourth Amendment claims but, as explained in Parts III and IV of our previous opinion, erred by granting summary judgment to the defendants on Sheehan's Americans with Disabilities Act and state law claims. We therefore affirm in part and vacate in part the judgment of the district court and remand to the district court for further proceedings. Each party shall bear its own costs on appeal.

**AFFIRMED IN PART, VACATED IN PART AND REMANDED.**